AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RADAL N. WIIDEMAN,

    Plaintiff,           JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER:  **3:10-CV-00496-LRH-RAM**

DAVID HOMAN, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.

  September 17, 2010                           **LANCE S. WILSON**
                                                            Clerk

                                                          /s/ D. R. Morgan
                                                          Deputy Clerk